# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

In re
**FRANK GORMAN,**
                **Debtor**

Chapter 7
Case No. 23-40257-EDK

## STIPULATION BETWEEN JANICE MARSH, TRUSTEE AND STEVEN WEISS, TRUSTEE

NOW COME Janice Marsh, as Chapter 7 Trustee (the "Gorman Trustee") in the case of Frank Gorman (the "Debtor" or "Frank") and Steven Weiss, Chapter 7 Trustee in the case of Zaana-17, LLC[1], (the "Zaana Trustee") and hereby stipulate and agree as follows:

WHEREAS, on March 15, 2022 the Debtor filed a Motion for Payment of Administrative Expense Claim (the "Claim") in Zaana's bankruptcy case; and

WHEREAS, the Zaana Trustee, on behalf of Zaana's bankruptcy estate, has filed an objection and supplemental objections to allowance of the Claim (the "Objections"); and

WHEREAS, on March 31, 2023 the Debtor filed his petition for relief under Chapter 7, and the Gorman Trustee was appointed; and

WHEREAS, the Debtor's interest in the Claim constitutes property of his bankruptcy estate; and

WHEREAS, in the Zaana case this Court has issued orders requiring the Zaana Trustee to take certain actions concerning the Claim and the Objections by May 12, 2023; and

---

[1] Massachusetts Bankruptcy Court Case No. 20-41170-CJP.

WHEREAS, the Gorman Trustee and the Zaana Trustee seek to resolve Frank's interest in the Claim and the Zaana Trustee's Objections in an efficient and expeditious manner;

NOW, therefore, the Gorman Trustee and the Zaana Trustee stipulate and agree that the automatic stay in Frank's case shall be vacated to enable the resolution of Frank's Claim and the Zaana Trustee's Objections, so that litigation of those matters can proceed in the Zaana case. Respectfully submitted this 11th day of April, 2023.

JANICE G. MARSH,
CHAPTER 7 TRUSTEE
FOR FRANK GORMAN

By: /s/ Janice G. Marsh, Esquire
Janice G. Marsh, Esquire
BBO# 638575
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA 01609
(978) 621-4296

STEVEN WEISS
CHAPTER 7 TRUSTEE,
ZAANA-17, LLC

By: /s/ Steven Weiss
Steven Weiss
BBO# 545619
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA  01103
(413) 737 1131
sweiss@ssfpc.com

20\0286\Frank Gorman Bankruptcy\Stipulation.Stay.1601

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re<br>**FRANK GORMAN,**<br>　　　　　　　　　**Debtor** | **Chapter 7**<br>**Case No. 23-40257-EDK** |

**CERTIFICATE OF SERVICE**

　　　　I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on April 11, 2023, I served a copy of the foregoing **Stipulation and Motion to Approve Stipulation** via electronic and/or first class U.S. Mail, postage pre-paid to the parties:

Zaana-17 LLC
1105 Lakeview Drive
Dracut, MA 01826

Nina M. Parker
Parker & Associates LLC
10 Converse Place, Suite 201
Winchester, MA 01890

Jeffrey J. Cymrot
Sassoon Cymrot Law LLC
84 State Street
Boston, MA 02109

William Gannon, Esquire
William S. Gannon, PLLC
740 Chestnut Street
Manchester, NH 03104

Frank Gorman
18 Schiripo Way
Dracut, MA 01526

Keith Gorman
PO Box 236
Pelham, NH 03076

Bryan Gorman
90 Loon Hill Road
Dracut, MA 01826

Steven Meunier, Esquire
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Janice G. Marsh, Trustee
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA 01609

　　　　　　　　　　　　　　　　　　/s/ Steven Weiss
　　　　　　　　　　　　　　　　　　Steven Weiss, Esquire