# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DISTRICT

In re:

FRANK J. GORMAN,

        Debtor                Chapter 7
                                         Case No. 23-40257-CJP

## NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND

     Pursuant to 11 U.S.C. § 701, Jonathan R. Goldsmith of Goldsmith, Katz and Argenio, P.C., 1350 Main Street, Suite 1505, Springfield, MA, 01103 is hereby appointed as interim trustee in the above-referenced proceeding and is designated to preside at the meeting of creditors. The trustee's bond is fixed under the regional blanket bond heretofore approved.

     Pursuant to FRBP 2008 the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. Unless another trustee is elected the interim trustee appointed herein shall serve as trustee without further appointment as provided by 11 U.S.C. § 702(d).

Dated: May 10, 2023                     William K. Harrington
                                                             U.S. Trustee, Region I

                                                              /s/ Richard King
                               By:     Richard King
                                             Assistant U.S. Trustee
                                             Office of the U.S. Trustee
                                            446 Main Street, 14th Floor
                                            Worcester, MA 01608
                                            Office: (508) 793-0437
                                            Email: Richard.T.King@usdoj.gov